## AFFIDAVIT OF SERVICE

| Case:<br>4:19-<br>CV-<br>02432 | Court:<br>IN THE UNITED STATES DISTRICT COURT FOR THE<br>SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION | County: | Job:<br>3608893 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>ARQUIMEDES VANEGAS | | Defendant / Respondent:<br>KEVIN MCALEENAN, ET AL | |
| Received by:<br>ABC PROCESS SERVICE | | For:<br>GONZALEZ OLIVIERI LLC | |
| To be served upon:<br>KEVIN MCALEENAN, ACTING SECRETARY OF THE U.S. DEPARTMENT OF HOMELAND SECURITY | | | |

I, Arthur B. Cirillo, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address:   KEVIN MCALEENAN, ACTING SECRETARY OF THE U.S. DEPARTMENT OF HOMELAND SECURITY, 245 MURRAY LANE SW MAIL STOP 0485, WASHINGTON, DC 20528-0075

Manner of Service:   Certified Mail, Jul 29, 2019, 4:49 pm CDT

Documents:   SUMMONS IN A CIVIL ACTION; PLAINTIFF'S COMPLAINT; ORDER FOR CONFERENCE AND DISCLOSURE OF INTERESTED PARTIES; JUDGE ALFRED H. BENNETT COURT PROCEDURES AND PRACTICES; EXHIBITS 1-7 (Received Jul 23, 2019 at 12:30pm CDT)

Additional Comments:
1) Successful Attempt: Jul 29, 2019, 4:49 pm CDT - CERTIFIED MAIL TO KEVIN MCALEENAN, ACTING SECRETARY OF THE U.S. DEPARTMENT OF HOMELAND SECURITY at 245 MURRAY LANE SW MAIL STOP 0485, WASHINGTON, DC 20528-0075.
CERTIFIED MAIL RECEIPT: 7019 0700 0000 2564 1318
USPS RETURN RECEIPT # 9590940244418248724060

_____          07/29/2019
Arthur B. Cirillo                                     Date
PSC 331, EXP. 07/31/2020

ABC PROCESS SERVICE
4834 Swiss Avenue
Dallas, TX 75204
1-800-361-2611

Subscribed and sworn to before me by the affiant who is personally known to me.

_Carolyn L. Cirillo_
Notary Public
7/29/2019                          11/20/2022
Date                                 Commission Expires



CAROLYN L CIRILLO
My Notary ID # 128440730
Expires November 20, 2022

## AFFIDAVIT OF SERVICE

| Case:<br>4:19-<br>CV-<br>02432 | Court:<br>IN THE UNITED STATES DISTRICT COURT FOR THE<br>SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION | County: | Job:<br>3608943 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>ARQUIMEDES VANEGAS | | Defendant / Respondent:<br>KEVIN MCALEENAN, ET AL | |
| Received by:<br>ABC PROCESS SERVICE | | For:<br>GONZALEZ OLIVIERI LLC | |
| To be served upon:<br>KENNETH T. CUCCINELLI, ACTING DIRECTOR OF U.S. CITIZENSHIP AND IMMIGRATION SERVICES | | | |

I, Arthur B. Cirillo, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address:  KENNETH T. CUCCINELLI, ACTING DIRECTOR OF U.S. CITIZENSHIP AND IMMIGRATION SERVICES, 245 MURRAY LANE SW MAIL STOP 0485, WASHINGTON, DC 20528-0075

Manner of Service:  Certified Mail, Jul 29, 2019, 4:49 pm CDT

Documents:  SUMMONS IN A CIVIL ACTION; PLAINTIFF'S COMPLAINT; ORDER FOR CONFERENCE AND DISCLOSURE OF INTERESTED PARTIES; JUDGE ALFRED H. BENNETT COURT PROCEDURES AND PRACTICES; EXHIBITS 1-7 (Received Jul 23, 2019 at 12:30pm CDT)

Additional Comments:
1) Successful Attempt: Jul 29, 2019, 4:49 pm CDT - CERTIFIED MAIL TO KENNETH T. CUCCINELLI, ACTING DIRECTOR OF U.S. CITIZENSHIP AND IMMIGRATION SERVICES at 245 MURRAY LANE SW MAIL STOP 0485, WASHINGTON, DC 20528-0075.
CERTIFIED MAIL RECEIPT: 7019 0700 0000 2564 1325
USPS RETURN RECEIPT # 9590940244418248724053

---

Arthur B. Cirillo
PSC 331, EXP. 07/31/2020

07/29/2019
Date

ABC PROCESS SERVICE
4834 Swiss Avenue
Dallas, TX 75204
1-800-361-2611

*Subscribed and sworn to before me by the affiant who is personally known to me.*

Notary Public

7/29/2019
Date

11/20/2022
Commission Expires



CAROLYN L CIRILLO
My Notary ID # 128440730
Expires November 20, 2022

## AFFIDAVIT OF SERVICE

| Case:<br>4:19-<br>CV-<br>02432 | Court:<br>IN THE UNITED STATES DISTRICT COURT FOR THE<br>SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION | County: | Job:<br>3608962 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>ARQUIMEDES VANEGAS | | Defendant / Respondent:<br>KEVIN MCALEENAN, ET AL | |
| Received by:<br>ABC PROCESS SERVICE | | For:<br>GONZALEZ OLIVIERI LLC | |
| To be served upon:<br>WALLACE L. CARROLL, USCIS HOUSTON FIELD OFFICE DIRECTOR | | | |

I, Arthur B. Cirillo, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address:   WALLACE L. CARROLL, USCIS HOUSTON FIELD OFFICE DIRECTOR, 810 GEARS ROAD SUITE 100, HOUSTON, TX 77067

Manner of Service:   Certified Mail, Jul 29, 2019, 4:49 pm CDT

Documents:   SUMMONS IN A CIVIL ACTION; PLAINTIFF'S COMPLAINT; ORDER OFR CONFERENCE AND DISCLOSURE OF INTERESTED PARTIES; JUDGE ALFRED H. BENNETT COURT PROCEDURES AND PRACTICES; EXHIBITS 1-7 (Received Jul 23, 2019 at 12:30pm CDT)

### Additional Comments:
1) Successful Attempt: Jul 29, 2019, 4:49 pm CDT - CERTIFIED MAIL TO WALLACE L. CARROLL, USCIS HOUSTON FIELD OFFICE DIRECTOR at 810 GEARS ROAD SUITE 100, HOUSTON, TX 77067.
CERTIFIED MAIL RECEIPT: 7019 0700 0000 2564 1332
USPS RETURN RECEIPT # 9590940244418248724046

_____     07/29/2019

Arthur B. Cirillo          Date
PSC 331, EXP. 07/31/2020

ABC PROCESS SERVICE
4834 Swiss Avenue
Dallas, TX 75204
1-800-361-2611

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

7/29/2019       11/20/2022
Date       Commission Expires

CAROLYN L CIRILLO
My Notary ID # 128440730
Expires November 20, 2022